IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 cr 23

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| CHRISTOPHER JOHN STUART, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Luke D. Hyde's Application for Admission to Practice *Pro Hac Vice* of Paul Domenic Petruzzi. It appearing that Paul Domenic Petruzzi is a member in good standing with the Florida State Bar and will be appearing with Luke D. Hyde, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorneys seeking admission has been provided, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Application for Admission to Practice *Pro Hac Vice* (#3) is **GRANTED**, and that Paul Domenic Petruzzi is

**ADMITTED** to practice, *pro hac vice*, before the Bar of this Court while associated with Luke D. Hyde.

Signed: May 4, 2015

Dennis L. Howell
United States Magistrate Judge