UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cr-00023-MOC-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| CHRISTOPHER JOHN STUART, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on defendant's Motion for Enlargement of Time to File PSI Objections. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Enlargement of Time to File PSI Objections (#40) is GRANTED, and defendant is allowed up to and inclusive of June 13, 2016, to so file.

Signed: June 10, 2016

Max O. Cogburn Jr.
United States District Judge